**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARIUS BALARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| **v.** | ) | |
| | ) | |
| **Sgt. PRICE, Star No. 3383,** | ) | |
| **Investigator HARRIS, Star No. 6040,** | ) | |
| **Sheriff THOMAS DART, and** | ) | |
| **COOK COUNTY, a Municipal** | ) | **JURY DEMAND** |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following documents were filed on May 20, 2025, with the Northern District of Illinois ECF System:

1. Plaintiff's Complaint at Law
2. Civil Cover Sheet
3. Notice of Attorneys' Lien
4. Attorney Appearances on behalf of Plaintiff by Vincenzo Caporale and Cierra Norris

**Respectfully submitted,**

s/ *Vincenzo B. Caporale*
On Behalf of Plaintiff

**Vincenzo B. Caporale, No. 6335651**
**C. Norris Law Group, LLC**
2636 N. Lincoln Ave.
Chicago, IL 60614
p. 312.625.6129
e. vinnie@cnnorrislaw.com
e. cierra@cnnorrislaw.com